

COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

ELEANOR M. LACKMAN
212 974 7474 EXT. 1958
ELACKMAN@CDAS.COM

JANUARY 22, 2018

**VIA ECF**

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY  10601-4150

Re:  *General Electric Company v. Gas Turbine Controls Corporation*; Case No. 17-cv-7188 (CS)

Dear Judge Seibel:

We represent defendant Gas Turbine Controls Corporation ("GTC") in the above-captioned matter, and we write after conferring with plaintiff General Electric Company ("GE") regarding the conference previously set for January 4, 2018, and rescheduled for February 1, 2018.  I will be out of town on that date and the following day.  The parties are available on February 8 and 12 at any time, and on the 13th in the early morning.  If none of those dates is convenient for the Court, counsel will confer as to dates during the week of February 19, which is the next period of mutual availability for counsel.  I understand that Mr. Kenny, counsel for GE, will likely request telephonic appearance.

We thank the Court for its understanding.

Respectfully submitted,

Eleanor M. Lackman

cc:    All counsel of record (via ECF)